# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2683-GW(JCx) | Date | November 27, 2017 |
|---|---|---|---|
| Title | *Ghodooshim and Son, Inc. v. Zhanyou, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present — None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Mediation Report advising the Court the matter settled was filed on October 24, 2017. The Court sets an Order to Show re: Settlement Hearing for December 14, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 13, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

Initials of Preparer   JG