**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHODOOSHIM & SON, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ZHANYOU, INC., a California Corporation; JINHAI QIN, an individual; WINDSOR FASHIONS, INC., a California Corporation; XTAREN, INC., a California Corporation; KIHO SONG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: CV 17-2683-GW(JCx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable George H. Wu* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: November 30, 2017

*/s/ George H. Wu*

GEORGE H. WU, U.S. District Judge

---
**[PROPOSED] ORDER**